MINNIE RATKOWSKY, Respondent, v. IRVING RATKOWSKY, Appellant.— Appeals by defendant from a judgment of separation granted plaintiff and from a judgment for arrears in the alimony awarded by the separation decree. Judgment of separation reversed on the law and the facts, without costs, and a new trial granted. The principal issue litigated at the trial was the validity of a decree of divorce from plaintiff obtained by the defendant in the State of Utah in 1945. In our opinion, plaintiff failed to overthrow the presumptive validity of the Utah decree by evidence sufficient to establish that the foreign court lacked jurisdiction because the plaintiff in that action was not a bona fide domiciliary of that State. (Cf. *Axelrod* v. *Axelrod,* 277 App. Div. 1053, and cases cited therein.) Such evidence, if available, may be supplied on a new trial. In view of the reversal of the judgment of separation, and upon the stipulation of the parties, the judgment for alimony in arrears is also reversed, without costs. Nolan, P. J., Carswell, Johnston, Sneed and Wenzel, JJ., concur.

■

JOHN ROBSON, Respondent, v. "MILDRED" DRISCOLL et al., Appellants.— In an action to recover damages for injuries sustained as the result of an attack by a dog, order granting in part and denying in part defendants' motion for a bill of particulars, insofar as appealed from, modified on the law and the facts by striking therefrom the second item and by substituting therefor the second item as contained in the notice of motion. As so modified, the order is affirmed, with $10 costs and disbursements to appellants. The defendants are entitled to know the various persons who had previously been bitten, as alleged in the complaint, in order to make preparation to meet such proof. Carswell, Acting P. J., Johnston, Adel, Wenzel and MacCrate, JJ., concur.

■

RALPH M. SITTERLEY, Respondent, v. GREAT AMERICAN INDUSTRIES, INC., Appellant.— In an action by plaintiff to recover commissions on orders for dental coaches which plaintiff claims to have initiated or procured, defendant appeals from an order denying its motion for summary judgment. Order affirmed, with $10 costs and disbursements. No opinion. Carswell, Acting P. J., Johnston, Adel, Wenzel and MacCrate, JJ., concur.